

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See attachment

Civil Action No. 20-cv-01506-DMS-MSB

**Plaintiff,**

**V.**

NNORTHRUP GRUMMAN
CORPORATION, a multi-national entity,
and DOES 1 through 50, inclusive

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to compel arbitration and dismisses this case, and denies as moot Defendant's motion to transfer venue.

**Date:**        10/30/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler

M. Exler, Deputy